JOHN R. GLOVER, RESPONDENT, *v.* HENRY THOMAS AND ANOTHER, APPELLANTS.

APPEAL from an order made at the circuit, setting aside a verdict of a jury in favor of the defendants.

The General Term *held*, that the principal question in dispute between the parties was one of fact; that there was sufficient evidence in the case to support the verdict, and that the court erred in setting it aside.

*Daly & Brower*, for the appellants.

*Robert Johnstone*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed with costs.